Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MARY GONZALEZ, Also Known as MARIANA RIVERA, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 104279.)

Submitted July 6, 2010; decided September 14, 2010

Motion for reargument of motion for leave to appeal denied [*see* 13 NY3d 712 (2009)].

ROBERT HENRY, Appellant, v PEDRO L. PEGUERO et al., Respondents.

Decided September 14, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

DONALD J. JONES et al., Appellants, v TOWN OF CARROLL et al., Respondents.

Submitted August 2, 2010; decided September 14, 2010

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 15 NY3d 139 (2010)].

RUTH KASSOVER et al., Respondents, v PVP-GCC HOLDINGCO II, LLC, et al., Appellants. PRISM VENTURE PARTNERS, LLC, et al., Nonparty Appellants.

Submitted July 6, 2010; decided September 14, 2010

Motions for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN and Judge SMITH taking no part.

RUTH KASSOVER et al., Respondents, v PVP-GCC HOLDINGCO II, LLC, et al., Appellants, et al., Defendant. PRISM VENTURE PARTNERS, LLC, et al., Nonparty Appellants.

Submitted July 6, 2010; decided September 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN and Judge SMITH taking no part.

LASALLE BANK NATIONAL ASSOCIATION, Respondent, v KEISHA HENDERSON, Appellant, et al., Defendant.

Submitted August 2, 2010; decided September 14, 2010

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 934 (2010)].

Judge JONES taking no part.

MARTA LOPEZ, Respondent, v FORDHAM UNIVERSITY, Appellant. (And Third-Party Actions.)

Submitted June 21, 2010; decided September 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SUSAN MIDLER, Respondent, v RICHARD CRANE, M.D., Appellant.

Submitted June 28, 2010; decided September 14, 2010